BRADLEY DELEHANTY, as Trustee, Appellant and Respondent, *v.* EUGENE R. HURLEY et al., Respondents, and COUNTY OF NASSAU, Appellant.

Argued October 9, 1945; decided October 26, 1945.

*Fred L. Gross* for plaintiff, appellant and respondent.

*Marcus G. Christ, County Attorney* (*G. Burchard Smith* of counsel), for County of Nassau, appellant.

*Arthur A. Kaye* and *Eugene R. Hurley,* in person, for Eugene R. Hurley, respondent.

*G. Burchard Smith* and *Marcus G. Christ* for James L. Dowsey, respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.